UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL JEFFERSON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | No. 3:09-0664 |
| ) | Judge Campbell/Brown |
| FERRER, POIROT AND WANSBROUGH, ) | |
| ELI LILLY CORPORATION and ) | |
| THE GARRETTSON LAW FIRM, LLC, ) | |
| ) | |
| Defendants ) | |

**O R D E R**

The Clerk of Court has advised that Mr. Adam Hill will accept an appointment as Mr. Jefferson's counsel. Mr. Hill is therefore appointed to represent Mr. Jefferson in this matter and all further pleadings for Mr. Jefferson must be filed by Mr. Hill. In connection with his appointment, Mr. Hill is advised that Mr. John Kitch, attorney-at-law, is acting as a conservator for Mr. Jefferson for matters of medication.

Defendants in this case have stated in an earlier case management conference that they would be filing consolidated motions to dismiss. They are requested to file such motions as soon as practicable. Mr. Hill may have **28 days** to respond.

Absent a request by any party, the present stay on discovery is continued pending the resolution of the anticipated motion to dismiss in this matter.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge